IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-07-00280-CV

 

In re scott
 erin mcGarrey

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 

            The petition for writ of mandamus is
denied.  The motion for leave to file petition for writ of mandamus is
dismissed as moot.

 

 

 

                                                                                    BILL
VANCE

                                                                                    Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Petition
denied; motion for leave dismissed as moot

Opinion
delivered and filed October 3, 2007

[CV06]